BARSHAY SANDERS, PLLC
100 Garden City Plaza, Suite 500
Garden City, NY 11530
Tel: (516) 203-7600
Our File No: 115863
*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Karen Muldowney, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>-against-<br><br>JP Recovery Services, Inc.,<br><br>Defendant. | Docket No: 5:19-cv-00596-LEK-ATB |

NOTICE OF VOLUNTARY DISMISSAL
PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)

Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the plaintiff and/or plaintiff's counsel, hereby give notice that whereas no party is an infant or incompetent the above-captioned action is voluntarily dismissed with prejudice.

Dated: August 13, 2019

BARSHAY SANDERS, PLLC

By: ___/s *Craig B. Sanders*___
Craig B. Sanders
100 Garden City Plaza, Suite 500
Garden City, New York 11530
Tel. (516) 203-7600
Email: *ConsumerRights@BarshaySanders.com*
Our File No: 115863
*Attorneys for Plaintiff*

IT IS SO ORDERED:

_____
Lawrence E. Kahn
U.S. District Judge
Dated: ___August 13, 2019___
Albany, NY